The People of the State of Illinois, defendant in error, v. Morris Markin, plaintiff in error. Gen. No. 30,004.

Error to the Criminal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed on opinion in Gen. No. 30,003, *ante*. Opinion filed December 2, 1925. Rehearing denied December 17, 1925.

William S. Forrest and Benjamin C. Bachrach, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson, Clarence E. Nelson and Joseph P. Savage, Assistant State's Attorneys, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Henry P. Kraft and Jacob Kraft, defendants in error, v. Albert Fuchs, plaintiff in error. Gen. No. 29,386.

Action for labor and material furnished. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed December 2, 1925.

Brown, Alschuler & Reagh and Sonnenschein, Berkson, Lautmann & Levinson, for plaintiff in error; Henry S. Moser, of counsel. Alfred M. Loeser, for defendants in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Mary Garvey, appellee, v. Chicago Railways Company et al., on appeal of Chicago Railways Company, appellant. Gen. No. 29,756.

Action for personal injury to taxicab passenger in collision with street car. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed upon remittitur. Thomson, J., dissenting. Opinion filed December 2, 1925.

Brown, Fox & Blumberg, for appellant; John R. Guilliams, Charles LeRoy Brown, Frank L. Kriete and Joseph D. Ryan, of counsel. Stebbins, Garey, L'Amoreaux & Hurtubise, for appellee; W. B. O'Brien and James C. Byrne, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Harry A. Biossat, appellant, v. Francis M. Gunn and Felix T. Graham, trading as West Pullman Country Club, appellees. Gen. No. 30,035.

Action on promissory note. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Mathew D. Hartigan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 2, 1925.

Harry A. Biossat, for appellant. Walter F. Cunningham, for appellees; James I. McCarthy, of counsel.

Mr. Justice Taylor delivered the opinion of the court.